```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  RONALD C. TYLER
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    19 th Floor, Box 36106
 4  San Francisco, CA 94102
    Telephone: (415) 436-7700
 5
    Counsel for Defendant GRIVAS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00539 JCS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| GLEN EMIR GRIVAS, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentence hearing in the above-captioned matter, presently scheduled for February 8, 2008, be continued to March 7, 2008, at 10:30 a.m. The reason for the continuance is that counsel for Mr. Grivas had to reschedule the presentence interview and therefore additional time is necessary to complete the presentence report.

//
//
//
//
//

STIPULATION TO CONTINUE
HEARING *U.S. v. Glenn Grivas*
No. CR 07-00539 JCS                    1

1   All parties are available on the requested date.

2   IT IS SO STIPULATED.

3

4   Dated:    December 12, 2007                    _____/S/_____
                                                    RONALD C. TYLER
5                                                   Assistant Federal Public Defender

6   Dated:    December 12, 2007                    _____/S/_____
                                                    WENDY M. THOMAS
7                                                   Assistant United States Attorney

8

9                                  **[PROPOSED] ORDER**

10   GOOD CAUSE APPEARING, it is hereby ORDERED that the hearing in the

11  aforementioned matter currently set for February 8, 2008 shall be continued to March 7, 2008, at

12  10:30 a.m.

13  **IT IS SO ORDERED**.

14

15  Dated:__December 13, 2007____            _____
                                              HON.
16                                            UNITED STATES MAGISTRATE JUDGE
                                              Judge Joseph C. Spero

STIPULATION TO CONTINUE
HEARING *U.S. v. Glenn Grivas*
*No. CR 07-00539 JCS*                    2